PHILIP F. CAMPBELL, Appellant, *v.* CITY OF NEW YORK, Respondent, Impleaded with Another.

Argued January 8, 1941; decided January 23, 1941.

*John J. Brandon, Emile Z. Berman* and *Israel Beckhardt* for appellant.

*William C. Chanler,* Corporation Counsel (*Samuel A. Bloom, Paxton Blair* and *Sidney Shemel* of counsel), for respondent.

Judgment of Appellate Division dismissing the complaint reversed and a new trial granted, with costs to the appellant to abide the event, on the ground that a question of fact was presented in regard both to the defendant's negligence and the plaintiff's freedom from contributory negligence. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.